IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VISTA LUMEN, LLC, | § § § | |
| *Plaintiff* | § § | Case No. 4:17-cv-03744 |
| v. | § § | JURY TRIAL DEMANDED |
| CAMELBACK DISPLAYS, INC., | § § § | |
| *Defendant*. | § | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Vista Lumen, LLC provides the following information:

Visa Lumen, LLC does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 12, 2017

Respectfully submitted,

/s/ *Gary R. Sorden*
Gary R. Sorden
Texas Bar No. 24066124
gary.sorden@klemchuk.com
mark.perantie@klemchuk.com
Timothy J.H. Craddock
Texas Bar No. 24082868
tim.craddock@klemchuk.com
KLEMCHUK LLP
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
Tel: 214-367-6000
Fax: 214-367-6001

**ATTORNEYS FOR PLAINTIFF
VISTA LUMEN, LLC**